AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) Owen, Priscilla R. | 2. Court or Organization U.S. Court of Appeals, 5th Cir | 3. Date of Report 05/11/2001 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Court of Appeals Judge | 5. Report Type (check type) X Nomination, Date 05/09/2001 ___ Initial ___ Annual ___ Final | 6. Reporting Period 01/01/2000 to 05/11/2001 |
|---|---|---|

| 7. Chambers or Office Address Supreme Court of Texas P.O. Box 12248 Austin, Texas 78711 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

[ ] NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Executrix | Estate of Jesse Allen Derrick |
| 2 | Trustee | Jesse Derrick Children's Trust |
| 3 | Director | Texas Hearing & Service Dogs |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

[ ] NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 2000 | Employees Retirement System of Texas, paid at age 65 or can withdraw contributions upon leaving employment and pay taxes |
| 2 | 2000 | State of Texas TexasSaver 401K Plan, can leave with the State, roll over to IRA or qualified 401K |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

[ ] NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 1999 | State of Texas, salary | 113,471.54 |
| 2 | 2000 | State of Texas, salary | 113,869.88 |
| 3 | 2000 | Andrews & Kurth L.L.P., distribution to pay tax on additional income assessed by IRS for 1990 | 11,397.00 |
| 4 | 2000 | United States Department of Agriculture, Program 2000 Flexibility Contract | 479.00 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Owen, Priscilla R. | Date of Report<br>05/11/2001 |
| --- | --- | --- |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

|  | SOURCE | DESCRIPTION |
| --- | --- | --- |
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| ☒ NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less     K=$15,001-$50,000     L=$50,001 to $100,000     M=$100,001-$250,000     N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 1/8 interest, surface, 640 acres, Matagorda County, Texas | C | Rent | K | T | exempt | | | | |
| 2 1/12 mineral interest, 640 acres, Matagorda County, | | | J | W | exempt | | | | |
| 3 7/24 mineral interest, est. 40 acres, Matagorda County, TX | B | Rent | J | W | exempt | | | | |
| 4 net royalty interest of .0016627, Harriman, C.B.(Unit) | A | Royalty | J | W | exempt | | | | |
| 5 net royalty interest of .0040779 (Apache) | A | Royalty | J | W | exempt | | | | |
| 6 1/4 interest in 40 acres, Matgorda County, TX | A | Rent | J | W | partitioned | 8/200 | | D | Phillip Richman |
| 7 1/4 undivided interest, 35 acres, Matagorda County, TX | A | Rent | J | W | exempt | | | | |
| 8 5 acres, Matagorda County, Texas | A | Rent | J | T | exempt | | | | |
| 9 royalty or mineral interests #2, Matagorda County, TX | | | J | W | exempt | | | | |
| 10 royalty or mineral interests, Brazoria County, Texas | | | J | W | exempt | | | | |
| 11 cash, Community Bank & Trust | | | J | T | exempt | | | | |
| 12 Federated Prime Obligation (agency acct. CB&T) | D | Interest | J | T | exempt | | | | |
| 13 Federal National Mtg. Assoc. (agency acct. CB&T) | C | Interest | K | T | exempt | | | | |
| 14 Fidelity Equity Income II (agency acct. CB&T) | A | Dividend | J | T | exempt | | | | |
| 15 Janus Worldwide Fund (agency acct. CB&T) | A | Dividend | J | T | exempt | | | | |
| 16 T Rowe Price Blue Chip Fund (agency acct. CB&T) | A | Dividend | J | T | exempt | | | | |
| 17 T Rowe Price Mid-Cap Growth Fund (agency acct. CB&T) | A | Dividend | J | T | exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3) O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2) U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Safeco Equity Fund (agency acct. CB&T) | A | Dividend | J | T | exempt | | | | |
| 19 Vanguard Index 500 Fund (agency acct. CB&T) | A | Dividend | J | T | exempt | | | | |
| 20 Intel Corp. common stock (agency acct. CB&T) | A | Dividend | J | T | exempt | | | | |
| 21 E M C Corp. Mass. common stock (agency acct. CB&T | A | Dividend | J | T | exempt | | | | |
| 22 Nortel Networks Corp., foreign equities (agency acct. CB&T) | A | Dividend | J | T | exempt | | | | |
| 23 Mercury Pan Euro GR CL C | A | Dividend | J | T | exempt | | | | |
| 24 Mercury U.S. Large Cap B | A | Dividend | J | T | exempt | | | | |
| 25 cash, Community Bank (agency account) | A | Interest | J | T | exempt | | | | |
| 26 Federated Prime Obligation (IRA) | B | Interest | K | T | exempt | | | | |
| 27 Small Business Invt. Corp. (IRA) | A | Interest | J | T | exempt | | | | |
| 28 Federal Home Loan Mtg. Corp. (IRA) | B | Interest | K | T | exempt | | | | |
| 29 Federated Stock Trust (IRA) | A | Dividend | K | T | exempt | | | | |
| 30 Federated Communication Tecnology Fund (IRA) | A | Dividend | J | T | exempt | | | | |
| 31 Harbor Capital Appreciation (IRA) | B | Dividend | J | T | exempt | | | | |
| 32 Janus Worldwide Fund (IRA) | B | Dividend | L | T | exempt | | | | |
| 33 Janus Enterprise Fund (IRA) | A | Dividend | J | T | exempt | | | | |
| 34 LKCM Small Cap Equity Port (IRA) | A | Dividend | L | T | exempt | | | | |

| 1 Inc/Gain Codes:<br>(Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes:<br>(Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 T Rowe Price Blue Chip Growth Fund (IRA) | A | Dividend | L | T | exempt | | | | |
| 36 T Rowe Price Mid-Cap Growth Fund (IRA) | | | K | T | exempt | | | | |
| 37 Safeco Equity Fund (IRA) | A | Dividend | L | T | exempt | | | | |
| 38 Vanguard Growth & Income Fund (IRA) | B | Dividend | M | T | exempt | | | | |
| 39 Vanguard Index 500 Fund (IRA) | B | Dividend | M | T | exempt | | | | |
| 40 Security First Trust Growth & Income Series (401K) | C | Dividend | J | T | exempt | | | | |
| 41 Fidelity VIP Growth Portfolio (401K) | A | Dividend | J | T | exempt | | | | |
| 42 Vanguard Funds GNMA (401K) | B | Interest | J | T | exempt | | | | |
| 43 cash, Chase Bank, checking | A | Interest | J | T | | | | | |
| 44 Chase Bank, savings | A | Interest | J | T | | | | | |
| 45 Community Bank, checking | A | Interest | J | T | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Part I, Positions

Jesse Allen Derrick was my stepfather. All assets in the Estate of Jesse Allen Derrick have been distrubited. I was not a beneficiary and was not compensated for serving as Executrix.

All assets in the Jesse Derrick Children's Trust have been distributed. I was not a beneficiary and was not compensated for serving as Trustee.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Owen, Priscilla R. | Date of Report<br>05/11/2001 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Part I, Positions

Jesse Allen Derrick was my stepfather. All assets in the Estate of Jesse Allen Derrick have been distrubited. I was not a beneficiary and was not compensated for serving as Executrix.

All assets in the Jesse Derrick Children's Trust have been distributed. I was not a beneficiary and was not compensated for serving as Trustee.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Priscilla R. Owen_    Date 5/11/2001

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**